83,619-01

DATE: 9/29/15

PRISONER/APPLICANT PROSE
Sven Erik Johansson
TDCJ# 1465256
C.T. TERRELL/R3 unit
1300 F.M. 655
Rosharon Tx. 17583

ATTENTION:

COURT OF CRIMINAL APPEALS
%Clerk; Abel Acosta
P.O. BOX 12308, Capitol Station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

Re; Trl Ct. # 10,205, Tyler Co. Tx.; WR#-83,619-01
Trl. Ct. Revocation Ct.# 23,645 Ex Parte Sven ERIK Johansson

To all persons/agencies receiving this letter;

I am in need of a copy of the clerks record in the above named and numbered causes of action. I am an indigent prisoner. I have no money to pay for this record, nor anyone to pay for it for me.

THE TRIAL Ct. Clerk has never furnished me with a copy. My Atty. of record (Appointed by the ct. in the revocation) never gave me a copy. (Atty's name; Mitch Adams, 432A S. Bonner Ave. Tyler, Tx. 75702).

A defendant in any criminal case is entitled to a copy of ALL the proceedings in his case [f]or the purpose of future APPEAL(S) in his behalf. Without the full record the Appellant/Applicant prose is without the tools to properly and effectively litigate his/her litigation/Appeal(S).

In this particular case, [b]ecause of the States already shown deliberate intent of withholding gov't. doc's (i.e. Motion to Revoke Community Supervision & The Capias for Arrest).

*Applicant prose was sent these doc's , and a copy of the INDEX which was sent to the Ct. of Crim. Apps.....but....the two named doc's. ( ) above, were/are NOT ON THE INDEX ...AND SHOULD HAVE BEEN.

The Applicant prose had to send his copy of M.T.R. & Capias to an atty. friend and have a copy made so as to be able to send this Hon. Ct. of Crim. Apps. Clerk, Abel Acosta a copy for review along with his habeas corpus.....(?)

It is [b]ecause of this FRAUDULENT DECEIT of withholding/removing pertinent evidence proving the facts laid out in Applicants prose habeas corpus which has caused this need for a certified copy of

1

said cause #'s above (particularly the two named doc's/Motion to Revoke & Capias on Revocation)(Cause# 23,645....but case#10,205 also).

  \* I was advised [b]y the Ct. of Crim. Apps. Clerk, Abel Acosta, that I could, as a prisoner/inmate obtain such a copy from the State Law Library , Inmate Copy Service, @ P.O. BOX 12367, Austin, Tx. 78711-23267...(?)   And, I am, at this time requesting such a copy of said case No.(S) above. ...from all named person(S)agencies.

    Please NOTE:  I am sending this same request to all persons who receive a copy of letter and as noted in the below cert. of service;

Respectfully submitted,

*Sven Erik Johansson*
_____
Sven Erik Johansson #1465256
C.T. Terrell/R3 unit(TDCJ)
1300  F.M.  655
Rosharon, Tx. 77583


CERTIFICATE OF SERVICE

AFFIDAVIT

I, Sven Erik Johansson, Defendant/Applicant prose in the above named case#'s (Trl.Ct.#10,205 and 23,645 and WR-83,619-01) do state under penalty of perjury that all the above is true and correct to the best of my knowledge and a copy of this cert. doc. is being mailed by this prison units mail drop to the following person(S) agencies;
Tx. Ct. Crim. Apps, %Clerk; Abel Acosta, P.O. BOX 12308,capitol station, Austin, Tx. 78711 ;  Tyler County Dist. Clerk, Chyrl Pounds, 100 W. Bluff, 203 Courthouse, Woodville, Tx. 75975-5220 ;  and  Atty at Law Mitch Adams,  432A Bonner Ave. , Tyler, TX. xxxxx  75702.
    Mailed and signed on this 29th day of  Sept.   2015.

\*\*\*Also C/C ON FILE:
STATE LAW LIBRARY, INMATE COPY SERVICE
   P.O. BOX 12367
   Austin, Tx. 78711-2367

/s/, *Sven Erik Johansson*
        Sven Erik Johansson#1465256
        C.T. Terrell/R3 unit(TDCJ)